# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ZSOLT LAGLER,**
        **Plaintiff,**

**-vs-**                                                                                                      **Case No.  6:03-cv-789-Orl-18KRS**

**HEALTH FIRST, INC., HOLMES REGIONAL**
**MEDICAL CENTER, INC.,**
        **Defendants.**

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Plaintiff take nothing on his claims against the Defendants and judgment is entered in favor of the Defendants, *Health First, Inc.* and *Holmes Regional Medical Center, Inc.*, and against the Plaintiff, *Zsolt Lagler*.

Date:   June 16, 2005

                                    SHERYL L. LOESCH, CLERK

                                    s/ *M. Pleicones*, Deputy Clerk